IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV129

KARESS SCOTT-WILLIAMS,          )
                                )
    Plaintiff,          )
                                )
Vs.                             )          ORDER
                                )
JAMES LEE, et al.,              )
                                )
    Defendants.         )
_____)

    This matter is before the Court upon a letter motion received from the *pro se* Plaintiff requesting reconsideration of the denial of her IFP motion on March 28, 2019 due to changed circumstances, namely her termination from employment. Because this termination affects her retaliation claim as well, the Court will allow the Plaintiff an additional 30 days to amend her Complaint to allege termination and file an amended Motion to Proceed in Forma Pauperis documenting her changed financial condition.

    IT IS SO ORDERED.

Signed: May 22, 2019

Graham C. Mullen
United States District Judge