# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Karess N. Scott-Williams, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00129-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| James Lee | ) | |
| Gabrielle Jones | | |
| Vicki Coleman | | |
| Jacquelyn Wilson | | |
| Sara Nixsan | | |
| Rhamal Everett, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2019 Order.

June 18, 2019

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court